

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00289-CR

ANDRUIA GIARDIA BUCHANAN                    APPELLANT

V.

THE STATE OF TEXAS                           STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

After a grand jury returned its indictment that charged Andruia Giardia Buchanan with possession of four grams or more but less than 200 grams of cocaine, Buchanan negotiated a plea-bargain agreement with the State. The trial court admonished Buchanan on the consequences of a guilty plea, accepted the plea and, following the terms of the plea-bargain agreement, sentenced

---

[1]*See* Tex. R. App. P. 47.4.

Buchanan to ten years' confinement. The trial court certified that this is a plea-bargain case, that Buchanan has no right of appeal, and that Buchanan had also waived the right of appeal.[2]

Despite the trial court's certification, however, Buchanan filed a notice of appeal. We sent notice to Buchanan expressing our concern that we lacked jurisdiction over this appeal and advising that it would be dismissed unless Buchanan or any party timely sent us a reply stating the grounds for continuing the appeal. *See* Tex. R. App. P. 44.3. Buchanan timely responded, but the response does not provide any grounds for continuing this appeal. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *see also Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000); *Jackson v. State*, 168 S.W.3d 239, 243 (Tex. App.—Fort Worth 2005, no pet.); *Stanley v. State*, 111 S.W.3d 773, 775 (Tex. App.—Fort Worth 2003, no pet.).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 24, 2013

---

[2]A valid waiver of appeal prevents a defendant from appealing without the trial court's consent. *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).